1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT FOR THE

8                    EASTERN DISTRICT OF CALIFORNIA

9

LILLIAN B. MONROY,                    )          1:10cv2227 DLB
10                                     )
                                       )
11                                     )          ORDER GRANTING STIPULATION
                                       )          FOR SENTENCE SIX REMAND
12              Plaintiff,             )          (Document 10)
                                       )
13         vs.                         )          ORDER REQUIRING
                                       )          STATUS REPORTS
14  MICHAEL J. ASTRUE, Commissioner,   )
                                       )
15              Defendant.             )
                                       )
16  _____)

17

18         Plaintiff Lillian B. Monroy ("Plaintiff") filed this action for review of the denial of social

19  security benefits on December 1, 2010.

20         On March 3, 2011, the parties filed a stipulation for remand pursuant to sentence six of

21  section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), on the grounds that the

22  administrative record is incomplete.

23         Accordingly, the parties' stipulation is GRANTED and this action is REMANDED to allow

24  Defendant to continue searching for the missing pages.  If the missing pages cannot be located, the

25  Administrative Law Judge will hold a de novo hearing.

26

27

28                                              1

1       The Court further ORDERS the parties to file a joint status report within 90 days of the date

2   of service of this order.  Thereafter, the parties shall file a joint status report every 120 days until this

3   action is returned to this Court or otherwise resolved.

4

5

6       IT IS SO ORDERED.

7       **Dated:    March 3, 2011**              _/s/ **Dennis L. Beck**_
                                              UNITED STATES MAGISTRATE JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                            2