IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIAN BELTRAN MONROY,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　　Defendant. | 1:10cv02227 DLB<br><br>ORDER GRANTING STIPULATION FOR AWARD OF FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(Document 17) |

　　On January 24, 2012, the parties submitted a Stipulation for the award and payment of attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Accordingly, it is ORDERED that Plaintiff be awarded attorney fees under EAJA in the amount of ONE THOUSAND, FIVE HUNDRED dollars ($1,500.00), subject to the terms of the Stipulation. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

　　IT IS SO ORDERED.

　　Dated: __January 24, 2012__         ____/s/ Dennis L. Beck____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1